HENRY L. MEYER v. HUDSON TRUST COMPANY and Another, as Executors and Trustees, etc., of ANTON H. MEYER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HERMAN KRAUT v. LOUIS NORDLINGER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. C. JUDSON KIRK.— Motion denied. The motion for leave to appeal is unnecessary. (See Code Crim. Proc. § 519.) Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ATMORE H. LANG, as Administrator, etc., of SADIE LANG, Deceased, v. STADIUM PURCHASING CORPORATION, Impleaded with THIRD AVENUE AND 119TH STREET STADIUM CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

MAX E. KLINKENSTEIN v. THIRD AVENUE RAILWAY COMPANY.— Motion granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CHARLES SCHUBERT v. LOUIS FINKELSTEIN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of Proving the Last Will and Testament of ELIZABETH BLEE FRASCH, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

TEXTILE ALLIANCE, INC., v. P. H. KEAHON, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARIE HELENE FLUEGEL, as Administratrix, etc., of ERNEST J. FLUEGEL, Deceased, v. FREDERIC R. COUDERT and Others and STOGOL TAXI CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ANDERSON HOLDING CORPORATION v. THE R. C. MAXWELL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

WILLIAM VOXMAN v. GENERAL MOTORS CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

LOUISE GLAUM v. HELEN PRISCILLA INCE and Another, as Executors, etc. (INGEL CARPENTER, as Executor, etc., Appearing Specially, etc.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES KAYE REALTY CO., INC., v. M. D. MIRSKY & CO., INC.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of Supplementary Proceedings: CHAPIN NATIONAL BANK OF SPRINGFIELD, MASS., v. ALBERT H. BRONNER.— Motion denied, with ten dollars costs, and injunction contained in the order to show cause vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of the Third Intermediate Judicial Settlement of the Account of CHARLES P. HIDDEN, as Committee of the Property and Estate of HENRIETTA GARDNER CATTAPANI, an Incompetent Person.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.